**Opinion issued January 16, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00011-CV

———————————

## IN RE EDWARD R. NEWSOME, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On January 3, 2014, relator Edward Roy Newsome filed a document in this Court which purports to be a petition for a writ of mandamus. The underlying lawsuit is *Newsome v. St. Luke Hospital*, No. 2005–06163 (234th Dist. Ct., Harris County, Tex., Sept. 14, 2005). Relator's petition and motions do not identify the respondent or real party in interest. In addition, relator has neither paid the required filing fees, nor filed an affidavit of indigence that complies with the

requirements of the Texas Rules of Appellate Procedure. Relator has also failed to provide a record as required by TEX. R. APP. P. 52.7.

A court of appeals has no general writ power over a person—other than a judge of a district or county court—unless issuance of the writ is necessary to enforce the jurisdiction of the court in a case properly before it. *See* Tex. Gov't Code Ann. § 22.221(a), (b) (West 2013); *Silva v. Klevenhagen*, 833 S.W.2d 746, 747 (Tex. App.—Houston [1st Dist.] 1992, orig. proceeding). Because the petition does not identify the respondent, we have no jurisdiction over relator's petition.

We **dismiss** relator's petition for writ of mandamus for want of jurisdiction. All outstanding motions are **dismissed as moot**.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.